THOMAS E. FRANKOVICH (State Bar #074414)
AMANDA LOCKHART (State Bar #289900)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone: (415) 389-8600
Email: alockhart@disabilitieslaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 3:17-cv-04402-WHA |
| Plaintiff, | **ORDER [proposed] GRANTING JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO DEFENDANTS' AFFIRMATIVE DEFENSES** |
| v. | |
| THERESA & JOHNNY'S COMFORT FOOD, *et al.* | |
| Defendants. | |

Having considered the Stipulation of the Parties, and for good cause shown, this Court hereby GRANTS the stipulation and ORDERS that Plaintiff shall have the right to file a motion to strike Defendants' Affirmative Defenses from their respective Answers. Said motion shall be filed no later than twenty-one (21) days after the mediation takes place.

**IT IS SO ORDERED.**

Dated: October 20, 2017.   By: _____
Hon. William H. Alsup
United States District Court Judge